IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Brewer, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>Dynamic Recovery Services, Inc.,<br><br>   Defendant. | C/A No. 3:13-cv-00286-JFA<br><br><br>**ORDER** |

  The court has this date executed the attached order permitting Brian A. Comer, Joel Wyman Collins, Jr., and Dayle M. Van Hoose to withdraw as attorneys of record for the defendant, Dynamic Recovery Services, Inc. The court will allow the defendant thirty (30) days to notify the court of the identity of the new attorney to represent the defendant in this case.[1]

  The defendant shall, within thirty (30) days from the date of this order, complete the notice, attached as Exhibit A, and mail it to the Clerk of Court at the address indicated. If the defendant fails to file the attached letter with the Clerk within the time prescribed, it may result in an entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure.

  IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

January 24, 2014            Joseph F. Anderson, Jr.
Columbia, South Carolina        United States District Judge

---

[1] A corporation may not appear through its corporate officers; it must appear in a United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).