IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Brewer,<br>on behalf of himself<br>and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>Dynamic Recovery Services, Inc.,<br><br>      Defendant. | C/A No. 3:13-cv-00286-JFA<br><br><br><br>**ORDER** |

      For good cause shown, this court hereby grants the plaintiff's motion to compel, ECF No. 35, directing the defendant, Dynamic Recovery Services, Inc., to produce within 15 days of the date of this order the witnesses identified in the plaintiff's Notice of Deposition.

      IT IS SO ORDERED.

April 8, 2014  
Columbia, South Carolina

                                                                                 Joseph F. Anderson, Jr.  
                                                                                United States District Judge