UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN BREWER, on behalf of himself and all others similarly situated<br>Plaintiff<br><br>v.<br><br>DYNAMIC RECOVERY SERVICES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:13-CV-286-JFA<br><br><br><br>ORDER |

This case came before the Court on the Court's May 20, 2014 order (Doc. 61) directing J.D. Shade, President of Defendant Dynamic Recovery Services, Inc., to appear for hearing and show cause why the Court should not issue an order of contempt for Defendant's failure to comply with the Court's April 8, 2014, discovery order. (Doc. 52). Mr. Shade did not appear, a further contempt.

Defendant has also continued in its failure to comply with the Court's order of January 24, 2014, directing Defendant to obtain new counsel to appear on its behalf because Defendant is a corporation and cannot represent itself. (Doc. 38). This failure to participate resulted in the entry of a default against Defendant. (Doc. 47).

The Court has inherent authority to impose sanctions for Defendant's contempts. *United States v. United Mine Workers of America*, 330 U.S. 258, 302-06 (1947). In light of the foregoing,

1.    The Court hereby directs the Clerk to enter a default judgment against Defendant in the amount of $5,000 in actual and statutory damages to Plaintiff for his harassment claims

1

under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, plus $25,000 in attorneys' fees and costs. The Fair Debt Act expressly provides that a prevailing plaintiff may recover actual damages, statutory damages, attorneys' fees and costs. 15 U.S.C. § 1692k.

    IT IS SO ORDERED.

June 20, 2014                                   Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge