IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Brewer, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dynamic Recovery Services, Inc., )<br>)<br>Defendant. )<br>_____ ) | C/A No.: 3:13-286-JFA<br><br>ORDER |

It appearing to this court that the Plaintiff in this action has obtained a final judgment against the Defendant, Dynamic Recovery Services, Inc., in the amount of $30,000, which at this time remains unsatisfied; and it appearing that Defendant is in the debt collection business and, according to its website, Defendant "enables consumers to pay debts through either of two-third party payment companies, WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC.; and it thus appearing that WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC. receive and possess funds owed to the Defendant; and it further appearing that South Carolina law empowers courts to order third parties who are potential debtors of a judgment debtor to appear and be examined about assets they have that may be owed to the judgment debtor (see S.C. Code § 15-39-350 and § 15-39-380), IT IS HEREBY ORDERED that WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT

SYSTEMS, INC. are hereby ordered and enjoined as follows: Neither WESTERN UNION FINANCIAL SERVICES, INC. nor MONEY GRAM PAYMENT SYSTEMS, INC. may transfer any assets belonging to the Defendant, Dynamic Recovery Services, Inc., until further order of this court. It is further ordered that WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC. send a corporate representative to a hearing to be conducted in Courtroom No. 4, Matthew J. Perry, Jr. United States Courthouse, 901 Richland Street, Columbia, South Carolina, at 10:00 a.m. on Monday, November 24, 2014, to testify as to the amount of money each has received and/or owes or is otherwise obligated to remit to the Defendant, Dynamic Recovery Services, Inc., up to the amount of the $30,000 judgment obtained by the Plaintiff.

WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC., are hereby advised that they may avoid sending an officer to testify at the hearing by remitting to Plaintiff's counsel any money received for and/or that they owe or are otherwise obligated to remit to the Defendant, up to the amount of the $30,000 judgment.

WESTERN UNION FINANCIAL SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC. are hereby advised that failure to comply with the terms of this court order may subject the violator to contempt of court sanctions.

The Clerk of Court is directed to send a certified copy of this order by registered mail, return receipt requested, to both of the non-parties, WESTERN UNION FINANCIAL

SERVICES, INC. and MONEY GRAM PAYMENT SYSTEMS, INC., at the address of their registered agents for service of process, which is as follows:

>CT Corporation System
>2 Office Park Court, Suite 103
>Columbia, South Carolina 29223

IT IS SO ORDERED.

*/s/ Joseph F. Anderson, Jr.*

September 25, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge