UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN BREWER, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:13-cv-286-JFA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| DYNAMIC RECOVERY SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

This matter came before the Court on February 18, 2015, pursuant to the prior Order of this Court allowing for the examination of Defendant's President, J.D. Shade, concerning assets the Defendant has that may be used to satisfy the judgment against it. (ECF No. 98). In that Order, Mr. Shade and the Defendant were further instructed to produce all corporate records or other documentation needed to adequately testify to the financial condition of the Defendant, as well as any documentation needed to substantiate any claim that the Defendant is unable to satisfy the judgment.

Mr. Shade, together with the attorneys for the parties, appeared at the appointed time. After being sworn, Mr. Shade was examined concerning the assets and financial condition of Defendant, and provided certain records of the Defendant which were entered into evidence.

Based on the recency of this production and the Plaintiff's request for additional supporting information, which this Court finds reasonable, the Court will refrain from issuing a ruling at this time regarding the existence and identity of assets which may be used to satisfy the judgment. Pending such ruling, the Court orders as follows:

1) Defendant shall, within ten (10) days of the date this Order is entered, turn over to Plaintiff's counsel all QuickBooks "Accountant's Copy" files provided by Defendant to its accountants in the last three years, in native format, providing (or disabling) the passwords in order to allow such electronic files to be opened; and

2) Pending further Order of this Court, Defendant, as well as its officers, employees and agents, shall refrain from alienating any of Defendant's assets except as necessary in the ordinary course of operating Defendant's debt collection business, including as necessary to pay Defendant's debts incurred in the ordinary course of business. This prohibition will remain in place until further order of Court.

IT IS SO ORDERED.

March 9, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge